**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-03173-LTB-MJW

TRENDY DECOR, a foreign corporation,

       Plaintiff,

v.

RJF INTERNATIONAL CORPORATION, an Ohio corporation,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK


      Plaintiff's Unopposed Motion to Withdraw Request to Clerk for Entry of Default (Doc 5 - filed March 17, 2011) is **GRANTED**.   The Request for Entry of Default (Doc 2) is WITHDRAWN.


Dated:   March 18, 2011

---