**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-03173-LTB-MJW

TRENDY DECOR, a Kingdom of Saudi Arabia corporation,

      Plaintiff,

v.

RJF INTERNATIONAL CORPORATION, an Ohio corporation,

      Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal With Prejudice (Doc 11 - filed April 28, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:  April 29, 2011